

October 23, 2015

Rebecca DeHart
Executive Director
Democratic Party of Georgia
P.O. Box 89202
Atlanta, GA 30312

Dear Ms. DeHart:

Pursuant to the Georgia Delegate Selection Plan for the 2016 Democratic National Convention, I am officially requesting to be placed on the ballot for the Georgia Presidential Preference Primary.

I meet the requirements of Rule 12.K and Article VI of the Call. I have a record demonstrating my faithfulness to the interests, welfare, and success of the Democratic Party including my participation as an at-large delegate for the state of California in the 1992 Democratic National Convention.

Furthermore, although I only announced my candidacy on October 1, 2015, I have taken steps that will lead to my widespread recognition as a presidential candidate for the Democratic Party.

I look forward to the opportunity to represent the Democratic Party in the Georgia Presidential Preference Primary.

Sincerely,

Roque "Rocky" De La Fuente

A



Drew Rosell <drew@rdlfg.com>

## Ballot Access Request Letter - Roque "Rocky" De La Fuente

**Rebecca DeHart** <rebecca@georgiademocrat.org>  Wed, Nov 4, 2015 at 8:14 AM
To: Drew Rosell <drew@rdlfg.com>



Release: Thursday, October 29, 2015

Contact: Michael Smith, Communications Director

404-729-9505 / michael@georgiademocrat.org

**Democratic Party of Georgia Executive Committee Selects Democratic Presidential Candidates to Appear on 2016 Primary Ballot**

**Atlanta, GA** — Today, the Executive Committee of the Democratic Party of Georgia convened to select which presidential candidates will appear on the 2016 Democratic Presidential Preference Primary ballot. Georgia is the first state in the nation to select its Democratic candidates to appear on the ballot.

In a process laid out by Georgia law and guidelines by the Democratic National Committee, the Executive Committee selected the following candidates to appear on the ballot—Former Secretary of State Hillary Clinton, law professor Larry Lessig, Former Maryland Governor Martin O'Malley, U.S. Senator Bernie Sanders, and attorney Michael Steinberg.

Democratic Party of Georgia Chair DuBose Porter issued the following statement after the Executive

B-1

Committee meeting—"Georgia Democrats look forward to a robust primary that has already brought out the best of our Party. We've seen our candidates address the issues that matter most to Georgians—pay equity, raising the minimum wage, access to affordable healthcare, expanded access to the ballot box, and an economy that works for everyone."

The Executive Committee has until December 1, 2015 to send the Secretary of State the names of candidates to appear on the ballot. Georgia's Presidential Primary will be held March 1, 2015.

###





You have received this email through your subscription to our email list.
If you did not subscribe, or would no longer like to receive email updates unsubscribe here.

DEMOCRATIC PARTY OF GEORGIA • 501 PULLIAM ST SW • ATLANTA, GEORGIA 30312 • DUBOSE PORTER, CHAIR; NIKEMA WILLIAMS, FIRST VICE-CHAIR; SARAH TODD, VICE CHAIR; TED TERRY, VICE CHAIR; REP. PEDRO MARIN, VICE CHAIR; STEPHANIE WOODS MILLER, SECRETARY; KIP CARR, TREASURER • NOT AUTHORIZED BY ANY CANDIDATE OR CANDIDATE'S COMMITTEE
• WWW.GEORGIADEMOCRAT.ORG

**Rebecca DeHart**
Executive Director
Democratic Party of Georgia
(678) 278-2016 x 303

B-2



Drew Rosell <drew@rdlfg.com>

# Request on behalf of Roque "Rocky" De La Fuente to be on the Georgia Presidential Primary ballot

**Michael Jablonski** <michael.jablonski@comcast.net>  Wed, Nov 18, 2015 at 11:31 AM
To: "Drew P. Rosell" <drew@rocky2016.com>
Cc: Rebecca DeHart <rebecca@georgiademocrat.org>, Dubose Porter <sdporter8888@gmail.com>

Mr. Rosell:

    I serve as the General Counsel of the Democratic Party of Georgia. I have been asked by DPG leadership to respond to your request that the Executive Committee reconsider the names it is having the Georgia Secretary of State place on the March 1 Presidential Primary ballot.

    The DPG does not comment on deliberations by its Executive Committee.

    Georgia law does not specify any criteria to be used in determining names to be placed on the non-binding Presidential Preference Primary ballot. The right of a political party to exclusively determine the names it wishes to appear on the primary ballot was extensively litigated in Georgia in 2012. The Superior Court of Fulton County upheld this principle. See, Welden, et al. v. Obama, Sup.Ct. Fulton County Nos. 2012CV211537, 2012CV211528, 2012CV11527 (March 2, 2012). Neither the Supreme Court of Georgia (Nos. S12D1059, S12D1076, S12D1077 (April 4, 2012)) nor the Supreme Court of the United States (No. 12-5 (2012)) challenged this finding.

    Your argument that the decision "effectively restricts free speech and the basic right to petition the government for a redress of grievances through the casting of a vote," while interesting, fails because the Presidential Primary as conducted in Georgia has nothing to do with a governmental function. The primary exists solely to assist the Democratic Party of Georgia in allocating its pledged delegates to the National Convention. As a result, courts have consistently held that political parties have a First Amendment associational right that empowers it to determine who should be on the ballot. See, Democratic Party of the US v. Wisconsin, 450 U.S. 107 (1987). The Executive Committee decision here does not foreclose other opportunities that Mr. De La Fuente may have to get on the actual election ballot. Duke v. Cleland, 87 F.3d 1226 (11th Cir., 1996).

    I would, of course, be interested in any research you have on this issue. In the meantime the decision of the Executive Committee will stand.

    I look forward to working with you further.

Michael Jablonski
Law Office of Michael Jablonski

C-1

CONFIDENTIALITY NOTICE: This electronic mail transmission sent by a lawyer may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this message, any part of it, or any attachments. If you have received this message in

error then you are to delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that anything you believe to be tax advice in this communication, including attachments), cannot be used to avoid penalties under the Internal Revenue Code, nor does it promote, market or recommend any transaction or tax-related matter whatsoever. I do not give tax advice.

DISCLAIMER: In the absence of a fee contract or executed engagement letter, there is no attorney-client relationship between the sender and recipient of this email. Do not provide any confidential information to someone by electronic mail or voice mail if you are not certain that they will maintain the information as confidential. If you are seeking legal advice and you send e-mail to or leave a message for an attorney whom you have not already retained, you may later discover that this attorney represents someone else in the same case, and the attorney may have a duty to disclose your information to that client. Although communications between an attorney and client are confidential, your communication is not confidential if you are not the attorney's client or if your communication is made in a setting where others are likely to receive it. If I have not already agreed to act as your attorney, as evidenced by an executed fee contract or engagement letter, you must not assume that I will agree to do so or to keep confidential information that you send to me. You also must not assume that receipt of information from you will prevent me from representing someone else involved in any matter you disclose or from sharing the information you send with that party.



C-7



MIke Raffauf <raffaufmike@gmail.com>

---

## Final - 3 formats - waiting for permission to file
2 messages

---

**MIke Raffauf** <raffaufmike@gmail.com>  Thu, Jan 21, 2016 at 4:18 PM
To: Roque De La Fuente <rocky@rdlfg.com>, Drew Rosell <drew@rdlfg.com>, Jerry Wilson <lawoffice1998@gmail.com>



2 attachments

- **Fuente Complaint.wpd** 21K
- **Fuente Complaint.pdf** 59K

---

**Roque De La Fuente** <roque@rocky2016.com>  Thu, Jan 21, 2016 at 4:35 PM
To: MIke Raffauf <raffaufmike@gmail.com>

Mike

Please File

2016-01-21 16:18 GMT-05:00 MIke Raffauf <raffaufmike@gmail.com>: