IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ROQUE "ROCKY" DE LA FUENTE, BECKY HERDBERG, JOSE E. HELENA, and JOSE GILBERTO PEREZ, | * * * * * | CIVIL ACTION FILE NO. 16-CV-0256-RWS |
| Plaintiffs, | * * | |
| v. | * * | |
| BRIAN KEMP, Georgia Secretary of State, and THE DEMOCRATIC PARTY OF GEORGIA | * * * * | |
| Defendants. | * | |

## DECLARATION OF CHRIS HARVEY

I, Chris Harvey, do hereby declare and state that the following facts are true and correct to the best of my knowledge, information and belief.

1.

I am over the age of 21 years and am in all ways competent to give testimony, suffering no physical or mental disabilities.

2.

I am aware of the fact that this declaration is being submitted in support of Secretary of State Brian Kemp's Brief in Opposition to Plaintiffs' Motion for a Preliminary Injunction and Permanent Injunction.


DEFENDANT'S EXHIBIT Kemp 1

3.

I am the Director of Elections for the State Elections Division of the Office of the Secretary of State. The Elections Division is responsible for carrying out the duties of the Secretary of State pertaining to election laws, including compiling and maintaining election results, as well as carrying out other responsibilities.

4.

In every election, Georgia voters have the option not only to vote on election day, but also to vote by absentee mail or during an advanced voting period. Thus, it is essential that ballots are timely and accurately prepared and provided to Georgia's 159 county election officials. With the exception of Pike County, all Georgia election ballots are prepared by Kennesaw State University's Center for Elections System ("KSU"). Pike County election ballots must be reviewed by KSU before they are finalized and transmitted.

5.

Pursuant to Georgia law, any political party seeking to have one or more candidate(s) placed on the Presidential Preference Primary ballot shall submit a list of all candidate names to the Secretary of State by no later than 60 days prior to the date of the Presidential Preference Primary election. O.C.G.A. § 21-2-193. The

Democratic Party of Georgia did not request that the Secretary of State include Roque "Rocky" de la Fuente as a Democratic candidate for President.

6.

For any Georgia military and/or overseas civilian voter ("UOCAVA voter")[1] who has submitted an application to vote by absentee ballot, county election officials are required to transmit the absentee ballot for any election for federal office, which includes a Presidential Preference Primary, by no later than 45 days prior to the date of the election. O.C.G.A. § 21-2-384(a)(2). *See also* 42 U.S.C. § 1973ff(a)(8)(A). Georgia's Presidential Preference Primary election is scheduled for Tuesday, March 1, 2016. Therefore, all requested absentee ballots had to be transmitted to UOCAVA voters by no later than Saturday, January 16, 2016.

7.

The advanced voting period for the 2016 Presidential Preference Primary begins on Monday, February 8, 2016. County election officials are required to test the DRE machines by no later than three days prior to the date of the election. O.C.G.A. § 21-2-379.6(c). Thus, DRE testing must be completed by the end of the day on Thursday, February 4, 2016.

---

[1] The Uniformed and Overseas Citizens Absentee Voting Act, 42 U.S.C. § 1973ff-1(a)(8)(A).

8.

Because the deadline for transmitting absentee ballots has passed and the deadline for completing testing of DRE machines for the February 8, 2016 advanced voting period expires on February 4, 2016, it is not possible to make any changes to the ballot for Georgia's voters who opt to vote by absentee ballot or during the advanced voting period.

I declare under penalty of perjury under the laws of the United States of America, and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. This 3rd day of February, 2016.

_____
**CHRIS HARVEY**
Director, Division of Elections
Office of the Secretary of State

HOME    CORPORATIONS    ELECTIONS    LICENSING    SECURITIES

Search

VOTER INFO.    RESULTS & STATS    CANDIDATE INFO.    COUNTY & AGENCY

## 2016 ELECTIONS AND VOTER REGISTRATION CALENDAR

### ELECTIONS AND VOTER REGISTRATION CALENDAR

**2016 ELECTION EVENT DATES:**

| Elections | Election Date | Voter Registration Deadline |
|---|---|---|
| Presidential Preference Primary and Special Election | March 1, 2016 | February 1, 2016 |
| Special Runoff Date | March 29, 2016 | February 1, 2016 |
| General Primary Election, Nonpartisan General Election, and Special Runoff Election | May 24, 2016 | April 26, 2016 |
| General Primary Runoff, Nonpartisan General Runoff Election, and Special Runoff Election Date | July 26, 2016 | April 26, 2016 |
| General Election | November 8, 2016 | October 11, 2016 |
| General Election Runoff Date for Local and State Offices | December 6, 2016 | October 11, 2016 |
| General Election Runoff Date for Federal Offices | January 10, 2017 | October 11, 2016 |

**2016 KEY DATES:**

| | |
|---|---|
| January 1, 2016 | Earliest day to file and publish a notice of intention to be a write-in candidate in the General Election. O.C.G.A. § 21-2-133 (a) |
| January 12, 2016 | Earliest day for a registrar to mail an absentee ballot for the March Presidential Preference Primary/Special Election. O.C.G.A. § 21-2-384 (a) |
| February 1, 2016 | Last day for a person to register and be eligible to vote in the Presidential Preference Primary/March Special Election and March Special Election Runoff. O.C.G.A. § 21-2-224 (a) |
| February 8, 2016 | Last day to fix and publish qualifying fees for offices to be filled during the 2016 Election Cycle. O.C.G.A § 21-2-131 (a)(1)(A) |
| | Advanced (Absentee In-Person) Voting begins for the Presidential |

**Key Election Dates and Information**    **Military and Overseas Voting**

**Register to Vote**    **Check Voter Registration Status (MVP)**

### QUICK LINKS

Proposed Constitutional Amendments    Intent to Tabulate Early

Advance Voting Info.    GA Voter ID Info.

FAQs    iVote - Students / Educators

Elections Advisory Council    Voter Registration Drive

State Election Board    Online Complaints

Stop Voter Fraud    Great Seal

Vote Safe

### LATEST ELECTIONS NEWS

March 1, 2016 Presidential Preference Primary Qualified Candidates
Tuesday, February 02nd 2016

Don't Wait on Iowa, Georgians Can Vote Now
Friday, January 22nd 2016

Call for Special Election in State House District 58
Friday, January 08th 2016

SECRETARY KEMP HEIGHTENS ELECTIONS OVERSIGHT WITH INCREASED PRESENCE IN SAVANNAH
Wednesday, November 18th 2015

Secretary Kemp Announces the Close of Qualifying for the Special Election in State Senate District 20
Wednesday, November 04th 2015

EXHIBIT
KEMP 1A

| Date | Description |
|---|---|
| | Preference Primary/March Special Election. O.C.G.A. § 21-2-385 (d)(1) |
| February 20, 2016 | Mandatory Saturday Voting for the Presidential Preference Primary/March Special Election. O.C.G.A § 21-2-385 (d)(1) |
| March 7, 2016 9:00 AM | Earliest day for a Political Party Candidate to file a Declaration of Candidacy to have his or her name placed on the General Primary/Non-Partisan Ballot. O.C.G.A. § 21-2-153 (c)(1) <br><br> Earliest day for a Non-Partisan Candidate to file a Notice of Candidacy to have his or her name placed on the General Primary/Non-Partisan Ballot. O.C.G.A. § 21-2-132, 21-2-172, 21-2-187 |
| March 11, 2016 12:00 Noon | Last day for a Political Party Candidate to file a Declaration of Candidacy to have his/her name placed on the General Primary/Non-Partisan Ballot. O.C.G.A. § 21-2-153 (c)(1) <br><br> Last day for a Non-Partisan Candidate to file a Notice of Candidacy to have his/her name placed on the General Primary/Non-Partisan Ballot. O.C.G.A. § 21-2-132, 21-2-172, 21-2-187 |
| March 18, 2016 | Last day to file affidavit stating the notice of intention to be a Non-Partisan Write-In Candidate. O.C.G.A. § 21-2-133 (a) |
| March 23, 2016 | Last day to file affidavit stating the notice of intention to be a Non-Partisan Write-In Candidate has been published in accordance with O.C.G.A. § 21-2-133 (b). |
| April 5, 2016 | Earliest day for a registrar to mail an absentee ballot for the General Primary/Non-Partisan/ Special Election. O.C.G.A. § 21-2-384 (a) |
| April 26, 2016 | Last day for a person to register and be eligible to vote in the General Primary/Non-Partisan/Special Election and Runoff Election. O.C.G.A. § 21-2-224 (a)* |
| May 2, 2016 | Advanced (Absentee In-Person) Voting begins for the General Primary/Non-Partisan/Special Election. O.C.G.A. § 21-2-385 (d)(1) |
| May 14, 2016 | Mandatory Saturday Voting for the General Primary/Non-Partisan/Special Election O.C.G.A § 21-2-385 (d)(1) |
| June 27, 2016 9:00 AM | Earliest day for an Independent or a Political Body Candidate to file a Notice of Candidacy to have his/her name placed on the General Election Ballot. O.C.G.A. § 21-2-132; 21-2-187 |
| July 1, 2016 12:00 Noon | Last day for an Independent or a Political Body Candidate to file a Notice of Candidacy to have his/her name placed on the General Election Ballot. O.C.G.A. § 21-2-132;21-2-187 |
| July 5, 2016 | Advanced (Absentee In-Person) Voting begins for the General Primary/Non-Partisan/Special Runoff Election. O.C.G.A. § 21-2-385 (d)(1) |
| July 12, 2016 | Last day for an Independent or a Political Body Candidate to file their Nomination Petition to have his/her name placed on the General Election |

| Date | Event |
|---|---|
| | Ballot. O.C.G.A. § 21-2-132 |
| September 6, 2016 | Last day to file the notice of intention to be a write-in candidate and have notice published in accordance with O.C.G.A. § 21-2-133 (a) |
| September 12, 2016 | Last day to file affidavit stating the notice of intention to be a Write-In Candidate has been published in accordance with O.C.G.A. § 21-2-133 (b) |
| September 20, 2016 | Earliest day for a registrar to mail an absentee ballot for the General Election/November Special Election. O.C.G.A. § 21-2-384 (a) |
| October 11, 2016 | Last day a person may register and be eligible to vote in the General Election/November Special Election /Runoff Election. O.C.G.A. § 21-2-224 (a)* |
| October 17, 2016 | Advanced (In-Person) Voting begins for the General Election/November Special Election. O.C.G.A. §21-2-385 (d)(1) |
| October 29, 2016 | Mandatory Saturday Voting for the General Election/November Special Election. O.C.G.A. § 21-2-385 (d)(1) |
| As soon as possible | Absentee ballots shall be mailed out as soon as possible prior to the General Election Runoff/November Special Election Runoff for Local and State Offices. O.C.G.A. § 21-2-384 (a)<br><br>Advanced (In-Person) Voting begins for the General Election Runoff/November Special Election Runoff for Local and State Offices. O.C.G.A. § 21-2-385 (d)(1) |
| November 22, 2016 | Earliest day for a registrar to mail an absentee ballot for the General Election Runoff of Federal Offices. O.C.G.A. § 21-2-384 (a) |
| December 19, 2016 | Advanced (In-Person) Voting begins for the General Election Runoff for Federal Offices. O.C.G.A. § 21-2-385 (d)(1) |

* O.C.G.A. § 21-2-14. When the last day for the exercise of any privilege or the discharge of any duty prescribed or required by this chapter shall fall on a Saturday, Sunday, or legal holiday, the next succeeding business day shall be the last day for the exercise of such privilege or the discharge of such duty.

OFFICE OF BRIAN KEMP

NEWS & ANNOUNCEMENTS

PRESS & MEDIA KIT

PRIVACY POLICY

**CONTACT**

214 State Capitol
Atlanta, Georgia 30334
404.656.2881
E-Mail
© 2012 Georgia Secretary of State