From: **Drew Rosell** <drew@rdlfg.com>
Date: Thu, Nov 5, 2015 at 8:31 PM
Subject: Request for Reconsideration of Ballot Access Denial for Roque "Rocky" De La Fuente
To: Rebecca DeHart <rebecca@georgiademocrat.org>, dubose@georgiademocrat.org

Dear Democratic Party of Georgia:

We wish to express our profound disappointment at a decision that was recently made by the Democratic Party of Georgia Executive Committee (DPC).

The committee rejected the request of Roque "Rocky" De La Fuente to appear on the 2016 Democratic Presidential Preference Primary ballot.

The ostensibly reason for the rejection of the request by DPC is that his candidacy is not known to them. Interestingly enough attorney Michael Steinberg's candidacy was viewed as "widely recognized," as was law professor Larry Lessig's, who has recently announced the termination of his candidacy.

Apparently, name recognition trumps substantive policy. Interestingly enough, Mr. De La Fuente was unanimously elected to represent the California Democratic Committee as a Super Delegate at the New York Democratic Convention in 1992 (along with Browne Greene, Dianne Feinstein, Phil Angelides and Kathleen Brown).

As the first state to determine the relevance of candidates from which registered democrats will have the right to choose, it potentially sets a dangerous and restrictive precedent for other states to follow. We have consistently projected ourselves to be the Party of inclusion, yet this decision reflects a behavior of exclusion.

Beyond the negative impact on his personal candidacy, it is also incongruent with the fundamental principals of the constitution. Specifically, it effectively restricts free speech and the basic right to petition the government for a redress of grievances through the casting of a vote.

This action comes perilously close to allowing an exercise of political bias to overshadow a fundamental right of the people.

We respectfully request that the DPC reconsiders its position with regards to the candidacy of Roque "Rocky" De La Fuente.

Sincerely,

Drew P. Rosell
drew@rocky2016.com
(714) 757-236

**Democratic Party of Georgia Exh 1, p1**
**(Email with attachments. Highlights in the original.)**



**Democratic Party of Georgia Exh 1, p2**
**(Email with attachments. Highlights in the original.)**