From: **Drew Rosell** <drew@rdlfg.com>
Date: Fri, Nov 13, 2015 at 8:24 PM
Subject: Second Request for Reconsideration of Ballot Access Denial for Roque "Rocky" De La Fuente
To: Rebecca DeHart <rebecca@georgiademocrat.org>, dubose@georgiademocrat.org

Dear Democratic Party of Georgia:

As we have not heard back from our original request for reconsideration of the Executive Committee's decision not to place Roque "Rocky" De La Fuente on the ballot for the presidential primary ballot on November 5, 2015, we would like to reiterate our request.

The Executive Committee based its decision on the fact that it believed Mr. De La Fuente not to be a "widely recognized, legitimate candidate," we respectfully disagree. Mr. De La Fuente in now on the presidential primary ballot in Alabama, Arkansas, and New Hampshire (documentation of this is attached).

Furthermore, Mr. De La Fuente's campaign has garnered wide attention in the news media. His placement on the Arkansas ballot and his campaign promises were reported on by the Associated Press (attached). His campaign has also been the subject of a wide variety of national and international news media attention, a long list of which can be found as an attachment to this email.

We, again, respectfully request that the Democratic Party of Georgia reconsider its position with regards to the candidacy of Roque "Rocky" De La Fuente.

Sincerely,

Drew P. Rosell
drew@rocky2016.com
(714) 757-2368

**Democratic Party of Georgia Exhibit 2**