IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 16-10713-EE

ROQUE DE LA FUENTE,
BECKY HERDBERG,
JOSE E. HELENA,
JOSE GILBERTO PEREZ,

                      Plaintiffs-Appellants,

versus

SECRETARY, STATE OF GEORGIA,
THE DEMOCRATIC PARTY OF GEORGIA,

                      Defendants-Appellees.

Appeal from the United States District Court
for the Northern District of Georgia

Before: ROSENBAUM and JILL PRYOR, Circuit Judges.

BY THE COURT:

    The parties' "Joint Stipulation of Dismissal," which is construed as a joint motion to dismiss this appeal with prejudice, is GRANTED.

    All pending motions are DENIED AS MOOT.

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 01, 2016

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 16-10713-EE
Case Style: Roque De La Fuente, et al v. Secretary, State of Georgia, et al
District Court Docket No: 1:16-cv-00256-RWS

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

All pending motions are now rendered moot in light of the attached order.

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Sandra Brasselmon/tls, EE
Phone #: (404) 335-6181

Enclosure(s)

DIS-4 Multi-purpose dismissal letter