IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ROQUE "ROCKY" DE LA FUENTE, BECKY HERDBERG, JOSE E. HELENA, and JOSE GILBERTO PEREZ, | * * * * * | CIVIL ACTION FILE No. 1:16-CV-0256-RWS |
| Plaintiffs, | * * | |
| v. | * * | |
| BRIAN KEMP, Georgia Secretary of State, and THE DEMOCRATIC PARTY OF GEORGIA | * * * * | |
| Defendants. | * | |

**DEFENDANT BRIAN KEMP'S MOTION TO DISMISS**

COMES NOW BRIAN KEMP, Georgia Secretary of State, by and through his attorney of record, the Attorney General of the State of Georgia, and files this Motion to Dismiss pursuant to Fed. R. Civ. Proc. 12(b)(6).

The basis for the motion is more fully set forth in the accompanying Brief in Support of Motion to Dismiss.

1

Respectfully submitted,

SAMUEL S. OLENS          551540
Attorney General

DENNIS R. DUNN          234098
Deputy Attorney General

RUSSELL D. WILLARD   760280
Senior Assistant Attorney General
rwillard@law.ga.gov

/s/Julia B. Anderson
_____
JULIA B. ANDERSON          017560
Senior Assistant Attorney General
janderson@law.ga.gov

/s/Cristina Correia
_____
CRISTINA CORREIA          188620
Assistant Attorney General
ccorreia@law.ga.gov

/s/Josiah Heidt
_____
JOSIAH HEIDT          104183
Assistant Attorney General
jheidt@law.ga.gov

Please address all
Communication to:
CRISTINA CORREIA
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia  30334-1300
(404) 656-7063

2

**Certificate of Service**

I hereby certify that on April 11, 2016, I electronically filed Defendant Brian

Kemp's Motion to Dismiss using the CM/ECF system which will automatically send

e-mail notification of such filing to the following attorneys of record:

J. M. Raffauf
Office of J.M. Raffauf
248 Washington Ave.
Marietta, GA  30060

Jerry Wilson
P.O. Box 971
Redan , GA  30074


I hereby certify that I have mailed by United States Postal Service the

document to the following non-CM/ECF participants:  NONE


This 11th day of April, 2016.

/s/Cristina Correia
CRISTINA CORREIA          188620
Assistant Attorney General