UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROQUE "ROCKY" DE LA FUENTE,
BECKY HERDBERG, JOSE E. HELENA, and
JOSE GILBERTO PEREZ

    Plaintiffs

v.                                                          C.A. 1:16-CV – 00256-RWS

BRIAN KEMP, GEORGIA SECRETARY
OF STATE; and THE DEMOCRATIC
PARTY OF GEORGIA

    Defendants

## DEMOCRATIC PARTY OF GEORGIA MOTION TO DISMISS

    Comes now the Democratic Party of Georgia, through its counsel of record, and moves this Court for an order dismissing the complaint for failing to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6).

    The basis for the motion is set out in full in the accompanying brief.

Respectfully submitted,


/s/ Michael Jablonski_____
MICHAEL JABLONSKI
Counsel for Democratic Party of Georgia
Georgia Bar No. 385850

501 Pulliam Street SW
Suite 400

1

Atlanta GA, 30312

404-290-2977
Fax: 815-846-0719

CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2016, I electronically filed the DEMOCRATIC PARTY OF GEORGIA MOTION TO DISMISS using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

J. M. Raffauf
Office of J.M. Raffauf
248 Washington Ave.
Marietta, GA 30060

Jerry Wilson
P.O. Box 971
Redan , GA 30074

Cristina Correia
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300

Josiah Heidt
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: NONE

This 20th day of April, 2016.

/s/ Michael Jablonski
MICHAEL JABLONSKI
385850