# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| ROQUE "ROCKY" DE LA FUENTE, | * | |
| BECKY HERDBERG, JOSE E. | * | |
| HELENA, and JOSE GILBERTO | * | CIVIL ACTION FILE |
| PEREZ, | * | NO. 1:16-CV-0256-RWS |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | |
| BRIAN KEMP, Georgia Secretary of | * | |
| State, and THE DEMOCRATIC | * | |
| PARTY OF GEORGIA | * | |
| | * | |
| Defendants. | * | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COME NOW Plaintiffs, with the express consent and permission of Defendants in the above referenced litigation, and hereby stipulate that the above-styled action be dismissed without prejudice, pursuant to FED. R. CIV. P. 41(a)(1), with the Parties to bear their own costs.

Respectfully submitted, this 23rd day of April, 2016.

/s/J.M. Raffauf
J.M.RAFFAUF          591762
Raffauf Law Office
280 S. Atlanta Street, Suite 310
Roswell, GA  30075
404-452-6390
raffaufmike@gmail.com

1

/s/Jerry Wilson
JERRY WILSON          768610
Law Offices of Jerry Wilson
P.O. Box 971
Redan, GA  30074
404-431-6262
Lawoffice1998@gmail.com

Attorneys for all Plaintiffs

Consented to by:

Attorneys for Secretary Kemp

SAMUEL S. OLENS          551540
Attorney General

DENNIS R. DUNN          234098
Deputy Attorney General

RUSSELL D. WILLARD      760280
Senior Assistant Attorney General

/s/Julia B. Anderson
JULIA B. ANDERSON      017560
Senior Assistant Attorney General

/s/Josiah B. Heidt
JOSIAH B. HEIDT        104183
Assistant Attorney General

/s/Cristina Correia
CRISTINA M. CORREIA    188620
Assistant Attorney General
Department of Law, State of Georgia
40 Capitol Square, S.W.
Atlanta, Georgia  30334-1300
Telephone: (404) 463-8850
Facsimile:  (404) 651-5304
E-mail: ccorreia@law.ga.gov

Attorney for Democratic Party of
Georgia

/s/Michael Jablonski
MICAHEL JABLONSKI  385850
Law Office of Michael Jablonski
260 Brighton Road, NE
Atlanta, GA  30309
404-290-2977
michael.jablonski@comcast.net

3

**Certificate of Service**

I hereby certify that on April 23, 2016, I electronically filed this Stipulation of Dismissal using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

> Michael Jablonski
> Law Office of Michael Jablonski
> 260 Brighton Rd., NE
> Atlanta, GA  30309-1523
>
> Cristina M. Correia
> Julia B. Anderson
> Josiah B. Heidt
> Georgia Department of Law
> 40 Capitol Square SW
> Atlanta, GA  30334

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  NONE

This 23rd day of April, 2016.

/s/J. M. Raffauf

J.M. RAFFAUF

Attorney for Plaintiffs-Appellants

4